# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| ANTONY WAYNE JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   CIVIL ACTION NO. SA-21-CA-00046-FB |
| | ) |
| RICHARD AFTON KOTHE, and | ) |
| TODD CORZINE TRUCKING, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Joint Stipulation of Dismissal With Prejudice (docket no. 29) filed by the parties on July 30, 2021. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed with prejudice, with all costs to be paid by the party incurring same. Although a dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, the parties have requested an order from this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the Joint Stipulation of Dismissal With Prejudice (docket no. 29) signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff's against Richard Afton Kothe and Todd Corzine Trucking, Inc. are DISMISSED WITH PREJUDICE, and that all costs associated with the claims against Richard Afton Kothe and Todd Corzine Trucking, Inc. shall be paid by the party incurring the cost.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 30th day of July, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE